No. 10–8382 (10A700). WHITE *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

JANUARY 18, 2011

No. 132, Orig. ALABAMA ET AL. *v.* NORTH CAROLINA. Bill of complaint dismissed under this Court's Rule 46.1. [For earlier order herein, see, *e. g., ante,* p. 820.]

No. 10–7498. WILLIAMS *v.* SMALLWOOD ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–7576. MILLER *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–7591. CHILDS *v.* OLSON ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 10M60. WALSH *v.* PATITUCCI;
No. 10M61. LEATHERWOOD *v.* ANNA'S LINENS CO.;
No. 10M62. JAFFE *v.* YAFFE ET AL.;
No. 10M63. STURDZA *v.* UNITED ARAB EMIRATES ET AL.; and
No. 10M64. MESSER ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.